IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00234-BNB

RIGOBERTO HERNANDEZ,

    Plaintiff,

v.

ANTHONY MOORE, and
MARY K. LANCASTER,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 18, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00234-BNB

Andrew Arthur Schmidt
*ATTORNEY TO BE NOTICED*

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 18, 2011.

                      GREGORY C. LANGHAM, CLERK

                      By: _____
                            Deputy Clerk