IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00234–CMA–KMT

RIGOBERTO HERNANDEZ,

    Plaintiff,

v.

ANTHONY MOORE, and
MARY K. LANCASTER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Defendants' "Unopposed Motion to Modify and Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting" (Doc. No. 13, filed 5/13/2011). Fed. R. Civ. P. 16(b) requires that a scheduling order be issued "as soon as practicable, but in any event within the earlier of 120 days after any defendant has been served with the complaint or 90 days after any defendant has appeared." Fed. R. Civ. P. 16(b)(2).

Defendants have not moved to stay proceedings. Accordingly, Defendants' "Unopposed Motion to Modify and Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting" (Doc. No. 13) is DENIED.

Dated: May 16, 2011.