**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00234-CMA-KMT

RIGOBERTO HERNANDEZ,

    Plaintiff,

v.

ANTHONY MOORE, and
MARY K. LANCASTER,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. # 44), filed January 18, 2012, and signed by the attorneys for the parties hereto, it is

ORDERED that this case and all claims by Plaintiff against the Defendants are DISMISSED WITH PREJUDICE, each party to pay his or her own fees and costs.

The Court FURTHER ORDERS that the *Notice of Lis Pendens* filed by Plaintiff's counsel on February 2, 2011, in the Office of the Clerk and Recorder for Alamosa County, Colorado, at Reception No. 344700, is hereby released and dismissed and shall no longer have any effect on the real property.

DATED at Denver, Colorado, this  31st   day of January, 2012.

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Court Judge